[No. 3256.  Decided May 31, 1899.]

JOHN DOXY, *Respondent*, v. CITY OF PORT TOWNSEND, *Appellant*.

Appeal from Superior Court, Jefferson County.—Hon. JAMES G. McCLINTON, Judge.   Reversed.

*A. W. Buddress*, for appellant.

*P. V. Davis*, for respondent.

PER CURIAM.—Upon authority of *German-American Savings Bank v. Spokane*, 17 Wash. 315 (49 Pac. 542), the judgment of the superior court is reversed.

———————

[No. 3234.  Decided June 1, 1899.]

THE STATE OF WASHINGTON, *Respondent*, v. J. W. JASPER, *Appellant*.

Appeal from Superior Court, Okanogan County.—Hon. CHARLES H. NEAL, Judge.   Affirmed.

*H. N. Martin* and *J. C. Kleber*, for appellant.

*A. W. Barry*, Prosecuting Attorney, for the State.

PER CURIAM.—The defendant has appealed from a judgment convicting him of the offense of obstructing a public highway. The statement of facts does not purport to contain all of the evidence, and there are no exceptions preserved in the record, which contains neither the instructions of the court nor any motion for a new trial.   The information appears to sufficiently charge the offense, and upon the record the judgment must be, and it is, affirmed.